UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONGLAN TAO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM PELHAM BARR, Attorney General of the United States, *et al.*,<br><br>　　　　　　　Defendants. | No. 19 Civ. 8145 (RA)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

WHEREAS, plaintiff Honglan Tao ("plaintiff") filed this action on August 30, 2019, seeking adjudication of her Application for Adjustment of Status (Form I-485); and

WHEREAS, USCIS has approved plaintiff's Form I-485;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: Flushing, New York
　　　　January 10, 2020

LAW OFFICE OF DAVID A. BREDIN

By: _____
DAVID AIDAN BREDIN, ESQ.
39-10 Main Street, Suite 201
Flushing, New York 11354
Telephone: (718) 285-0498
E-mail: office@bredinlaw.com
*Attorney for Plaintiff*

Dated: New York, New York
　　　　January 10, 2020

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
SIMON NAKAJIMA
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2770
E-mail: simon.nakajima@usdoj.gov
*Attorney for Defendants*

SO ORDERED.

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
1/13/20

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20